1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone     (415) 421-4347
4  Fax           (650) 289-0636

5  Counsel for Si "Kevin" Truong

6

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10
    UNITED STATES OF AMERICA,           )   No. CR 11-00847 RMW
11                                      )
                         Plaintiff,     )   STIPULATION RE CONTINUANCE
12                                      )   OF SENTENCING DATE;
              v.                        )   [] ORDER
13                                      )
    SI "KEVIN" TRUONG                   )   Date:   November 18, 2013
14                                      )   Time:   9:00 a.m.
                         Defendant.     )   Judge:  Whyte
15  _____   )

16

17     It is hereby stipulated between the defendant Si "Kevin" Truong by and through his attorney of

18  record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey

19  Schenk that the sentencing date of November 18, 2013, at 9:00 a.m. be continued to November 25,

20  2013, at 9:00 a.m. The reason for this continuance is that defense counsel needs additional time to

21  complete the sentencing memorandum.

22     Probation Officer Benjamin Flores has been contacted about this continuance.  He has no

23  objection to the continuance and is available on November 25, 2013.

24  ///

25  ///

26
    STIPULATION RE CONTINUANCE;
    [] ORDER
                                          - 1 -

1 | It is so stipulated.

2 | Dated: November 13, 2013 Respectfully submitted,

3

4

5 | /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Si "Kevin" Truong

6

7

8 | Dated: November 13, 2013 MELINDA HAAG
UNITED STATES ATTORNEY

9

10 | /s/ Jeffrey Schenk
JEFFREY SCHENK
11 | Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | GOOD CAUSE BEING SHOWN, the sentencing date set for November 18, 2013 is continued to November 25, 2013, at 9:00 a.m. |
| 4 | DATED: FF-Í-H |
| 5 | *Ronald M. Whyte* |
| 6 | RONALD M. WHYTE<br>SENIOR U.S. DISTRICT JUDGE |

STIPULATION RE CONTINUANCE;
[] ORDER